## VERIFIED RETURN OF SERVICE

**State of**                                                              **County of**

Case Number: 4:23-cv-10080

Plaintiff: **MAUREEN HARRINGTON, as personal representative for the estate of BLAINE HARRINGTON III**
vs.
Defendant: **ISLAND VILLA RENTAL PROPERTIES INCORPORATED**

For:
Copycat Legal PLLC
3111 N. University Dr.
Suite 301
Coral Springs,, FL 33065

Received by CopyCat Legal PLLC on the 22nd day of September, 2023 at 3:24 pm to be served on **Island Villa Rental Properties Incorporated, c/o Patricia Stanley (Registered Agent), 81681 Old Highway, Islamorada, FL 33036**.

I, Hank Logsdon, do hereby affirm that on the **3rd day of October, 2023** at **1:21 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Complaint** with the date and hour of service endorsed thereon by me, to: **Diane Ragan** as **Person in charge/office manager** for **Island Villa Rental Properties Incorporated**, at the address of: **c/o Patricia Stanley (Registered Agent), 81681 Old Highway, Islamorada, FL 33036**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
9/28/2023  1:25 pm  Attempted service at c/o Patricia Stanley (Registered Agent) 81681 Old Highway, Islamorada, FL 33036

Server called the phone number provided on the door and finally spoke with an employee who stated that Patricia Stanley doesn't work out of the office and is not in the Florida Keys. She also stated that nobody's been in the office for the past few days. However, somebody should be in the office Monday between 10 and two. Server will attempt between those times on Monday.
10/3/2023  1:21 pm  Unable to effectuate service on the Registered Agent. Papers served to office manager/person in charge Diane Ragan (White female, approximately 45 to 55 years of age, approximately 5'8" tall, approximately 160 pounds, dark blonde hair) at 81681 Old Highway, Islamorada, FL 33036

I certify that I am over the age of 18 & have no interest in the above action, am a Special Process Server, in good standing, in the 16th Judicial Circuit in and for Monroe County; that service was made in accordance with Florida Statutes 48.031. Under penalty of perjury, I declare that I have read the foregoing & that the facts stated in it are true.  Notary not required pursuant to F.S.92.525(2).

*Hank Logsdon*

**Hank Logsdon**
175

**CopyCat Legal PLLC**

Our Job Serial Number: TWA-2023003351
Ref: 4:23-cv-10080

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V

AO 440 (Rev. 06/12) Summons in a Civil Action

```
DELIVERED  10/03/2023 01:21 PM
SERVER     HL
LICENSE    175
```

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MAUREEN HARRINGTON, as personal representative for the estate of BLAINE HARRINGTON III<br><br>*Plaintiff(s)*<br>v.<br>ISLAND VILLA RENTAL PROPERTIES INCORPORATED<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 4:23-cv-10080 MARTINEZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ISLAND VILLA RENTAL PROPERTIES INCORPORATED
c/o Patricia Stanley (Registered Agent)
81681 Old Highway
Islamorada, FL 33036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lauren M. Hausman, Esq.
COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: 09/20/2023

Angela E. Noble
Clerk of Court

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts