THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 4:23-cv-10080-JEM

MAUREEN HARRINGTON, as personal
representative for the estate of BLAINE
HARRINGTON III,

    Plaintiff,

v.

ISLAND VILLA RENTAL PROPERTIES
INCORPORATED,

    Defendant.

## NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD

James D'Loughy, Esq. hereby provides his notice of withdrawal as counsel of record for plaintiff Maureen Harrington, as personal representative for the estate of Blaine Harrington III ("Plaintiff") due to his resignation from the law firm of CopyCat Legal PLLC ("CopyCat"). Plaintiff remains represented by CopyCat in this action. This Notice is therefore being filed to effectuate removal of undersigned counsel from this action. Therefore, there is good cause to permit James D'Loughy, Esq.'s withdrawal.

    Respectfully submitted,

Dated: December 5, 2023.    ADVISOR LAW PLLC
3910 RCA Boulevard
Suite 1015
Palm Beach Gardens, FL 33410
Telephone: (561) 622-7788
Email: jdloughy@advisorlaw.com

By: /s/ James D'Loughy
James D'Loughy, Esq.

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

By: /s/ James D'Loughy
James D'Loughy, Esq.
