IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 4:23-cv-10080-JEM

MAUREEN HARRINGTON, as personal representative for the estate of BLAINE HARRINGTON III,

    Plaintiff,

v.

ISLAND VILLA RENTAL PROPERTIES INCORPORATED,

    Defendant.

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, plaintiff Maureen Harrington, as personal representative for the estate of Blaine Harrington III ("Plaintiff") hereby provides the following information:

1. **For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:** There is no parent corporation or publicly held corporation that owns 10% or more of Plaintiff's stock.

2. **A complete list of all persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case:**

    A. Maureen Harrington, as personal representative for the estate of Blaine Harrington III

    B. Island Villa Rental Properties Incorporated

    C. Copycat Legal PLLC

    D. Daniel DeSouza, Esq.

Dated: December 7, 2023.   COPYCAT LEGAL PLLC
 3111 N. University Drive
 Suite 301
 Coral Springs, FL 33065
 Telephone: (877) 437-6228
 dan@copycatlegal.com

 By: /s/ Daniel DeSouza_____
  Daniel DeSouza, Esq.
  Florida Bar No.: 19291

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

 /s/ Daniel DeSouza\_\_\_\_
 Daniel DeSouza, Esq.