UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 4:23-cv-10080-JEM

MAUREEN HARRINGTON,
as personal representative for the
Estate of BLAINE HARRINGTON III,

    Plaintiff,

v.

Island Villa Rental Properties Inc.,

    Defendant.

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, Island Villa Rental Properties Incorporated, pursuant to and in compliance with the Court's Order, [DE 7] certify the following are interested persons in this proceeding, and further provide the corporate disclosure statement for defendant:

    CopyCat Legal, PLLC (law firm representing plaintiff)

    D'Loughy, James (counsel for plaintiff)

    DeSouza, Daniel (counsel for plaintiff)

    Harrington, Blaine III, Estate of (plaintiff)

    Harrington, Maureen (personal representative of the plaintiff-Estate)

    Hausman, Lauren (counsel for plaintiff)

    Island Villa Rental Properties, Inc. (defendant)

    Klema Law, PL (law firm representing defendant)

    Klema, Griffin C. (counsel for defendant)

      Stanley, Patricia (sole owner of Island Villa Rental Properties, Inc.)

Defendant Island Villa Rental Properties, Inc. has no parent company and no publicly traded company owns more than ten percent of its stock. Island Villa Rental Properties, Inc. is wholly owned by Patricia Stanley.

Other than those identified above, to defendant's knowledge, there are no other persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party.

    /s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Attorney for Defendant*