IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 4:23-cv-10080-JEM

MAUREEN HARRINGTON, as personal representative for the estate of BLAINE HARRINGTON III,

    Plaintiff,

v.

ISLAND VILLA RENTAL PROPERTIES INCORPORATED,

    Defendant.

---

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLY WITH THE DEADLINE TO CONFER AND TO DISPENSE THE IN-PERSON CONFERRAL REQUIREMENT**

    Plaintiff Maureen Harrington, as personal representative for the estate of Blaine Harrington III ("Plaintiff") and defendant Island Villa Rental Properties Incorporated ("Defendant") hereby file this Joint Motion for an Extension of Time to Comply with the Deadline to Confer Regarding Scheduling and to Dispense the In-Person Conferral Requirement pursuant to the Court's Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge (the "Order") [D.E. 7], and in support thereof state as follows:

    1.    Pursuant to the Order, the current deadline for the parties to confer regarding scheduling is December 20, 2023, with the Conferral Report due no later than 14 days after the meeting (e.g., January 3, 2024).

    2.    Given the busyness of this particular time of year, as well as other professional obligations/commitments, the Parties request that they be given a brief extension—until January 10, 2024—to confer regarding scheduling, and till January 24, 2024, to file the Conferral Report.

3. The Order further requires that the parties shall confer in person. As counsel for Plaintiff and counsel for Defendant reside approximately four hours apart, and have had a number of cases together (both pre-suit and litigated) with a good working relationship such that counsel do not foresee conferral difficulties if conducted telephonically or by audiovisual means, the Parties request that the Court vacate the in-person conferral requirement in the Order.

4. The requested relief is sought in good faith and will neither unfairly prejudice Plaintiff or Defendant, nor cause undue delay.

Respectfully submitted on December 20, 2023.

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com<br>lauren@copycatlegal.com<br><br>*Attorneys for Plaintiff*<br><br>By: /s/ Daniel DeSouza<br>    Daniel DeSouza, Esq.<br>    Florida Bar No.: 19291<br>    Lauren Hausman, Esq.<br>    Florida Bar No.: 1035947 | KLEMA LAW, PL<br>PO Box 172381<br>Tampa, FL 33672<br>Telephone: (202) 713-5292<br>griffin@klemalaw.com<br><br>*Attorney for Defendants*<br><br>By: /s/ Griffin Klema<br>    Griffin Klema, Esq.<br>    Florida Bar No.: |