IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 4:23-cv-10080-JEM

MAUREEN HARRINGTON, as personal
representative for the estate of BLAINE
HARRINGTON III,

     Plaintiff,

v.

ISLAND VILLA RENTAL PROPERTIES
INCORPORATED,

     Defendant.

_____

**[PROPOSED] ORDER ON JOINT MOTION FOR EXTENSION
OF  TIME TO COMPLY WITH THE DEADLINE TO CONFER AND
TO DISPENSE THE IN-PERSON CONFERRAL REQUIREMENT**

**THIS CAUSE** came before the Court on the joint motion of Plaintiff Maureen Harrington, as personal representative for the estate of Blaine Harrington III ("Plaintiff") and defendant Island Villa Rental Properties Incorporated's ("Defendant") for an Extension of Time to Comply with the Deadline to Confer Regarding Scheduling and to Dispense the In-Person Conferral Requirement [D.E. 11], filed on December 20, 2023.  Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1.    The Motion **[D.E. 11]** is **GRANTED.** Paragraphs 5 and 6 of the scheduling order, [D.E. 7] are hereby amended as follows:

    a.    The Deadline to Confer Regarding Scheduling is adjourned to January 10, 2024, with the Conferral Report being due no later than January 24, 2024.

    b.    The requirement to confer in-person is vacated based upon the representations of the parties and their counsel.

**DONE AND ORDERED** in Chambers at Key West, Florida this ___ day of _____,

2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE