UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number: 23-10080-CIV-MARTINEZ

MAUREEN HARRINGTON, as personal representative for the estate of BLAINE HARRINGTON III,

    Plaintiff,

v.

ISLAND VILLA RENTAL PROPERTIES INCORPORATED,

    Defendant.

_____/

## ORDER GRANTING JOINT MOTION FOR EXTENSION AND TO CONDUCT SCHEDULING CONFERENCE VIA TELEPHONE

**THIS MATTER** is before this Court on the Parties' Joint Motion for Extension of Time and to Conduct the Rule 26(f) Conference Via Telephone ("Motion"). (ECF No. 11.) After careful consideration it is hereby **ORDERED AND ADJUDGED** that:

1. The Motion, (ECF No. 11), is **GRANTED**. The Parties are permitted to conduct the Rule 26(f) Conference telephonically or by audiovisual means.

2. The Parties shall confer regarding scheduling **on or before January 10, 2024** and shall file the Conferral Report **on or before January 24, 2024**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this __3__ day of January, 2024.

                                                _____
                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record