UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number: 23-10080-CIV-MARTINEZ-BECERRA

MAUREEN HARRINGTON, as personal representative for the estate of BLAINE HARRINGTON III,

    Plaintiff,

v.

ISLAND VILLA RENTAL PROPERTIES INCORPORATED,

    Defendant.
_____/

## ORDER GRANTING MOTION TO WITHDRAW

**THIS CAUSE** came before the Court on James D'Loughy's Notice of Withdrawal as Attorney for Plaintiff ("Motion to Withdraw"). (ECF No. 8.) After careful consideration, it is hereby

**ORDERED AND ADJUDGED** that

1. The Motion to Withdraw, (ECF No. 8), is **GRANTED**.
2. James D'Loughy **SHALL BE PERMITTED** to withdraw and is hereby relieved of any further responsibility as counsel for Plaintiff in this matter. The Clerk is directed to remove Mr. D'Loughy from the CM/ECF electronic list of counsel to be served in this action.
3. Defendant remains represented by Daniel DeSouza of DeSouza Law, PA and Lauren Michelle Hausman of CopyCat Legal PLLC.

**DONE AND ORDERED** in Miami, Florida, this 12 day of January, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record