IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 4:23-cv-10080-JEM

MAUREEN HARRINGTON, as personal
representative for the estate of BLAINE
HARRINGTON III,

     Plaintiff,

v.

ISLAND VILLA RENTAL PROPERTIES
INCORPORATED,

     Defendant.

_____

## PLAINTIFF'S UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO FILE THE CONFERRAL REPORT

Plaintiff Maureen Harrington, as personal representative for the estate of Blaine Harrington III ("Plaintiff") hereby files this unopposed Motion for an Extension of Time to File the Conferral Report, and in support thereof state as follows:

1. Pursuant to the Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge [D.E. 7], the original deadline for the parties to confer regarding scheduling was December 20, 2023, with the Conferral Report due no later than 14 days after the meeting (e.g., January 3, 2024).

2. Given the busyness of that particular time of year, as well as other professional obligations/commitments, the Parties requested that they be given a brief extension—until January 10, 2024—to confer regarding scheduling, and till January 24, 2024, to file the Conferral Report. See D.E. 11.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

3.       The Court subsequently entered an Order granting that Parties Joint Motion for Extension of Time, requiring the Parties to confer regarding scheduling on or before January 10, 2024 and to file the Conferral Report on or before January 24, 2024. See D.E. 12.

4.       The Parties conferred telephonically on January 10, 2024.

5.       However, due to technical issues, the Parties have not been able to finalize their Conferral Report. Accordingly, Plaintiff requests that the Court, in an abundance of caution, grant the Parties a seven (7) day extension of time to file the Conferral Report (e.g., on or before January 31, 2024).

6.       The requested relief is made in good faith. The relief being sought will neither unfairly prejudice Plaintiff or Defendant, nor cause undue delay.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order: (a) granting this Motion and (b) extending the deadline for the Parties to file the Conferral Report on or before January 31, 2024.

## LOCAL RULE 7.1(a)(3) CERTIFICATE

Before filing this Motion, undersigned counsel conferred with counsel for Defendant who indicated he does not oppose the requested relief.

Dated: January 24, 2024.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
lauren@copycatlegal.com

By: /s/ Lauren Hausman
     Lauren Hausman, Esq.
     Florida Bar No.: 1035947
     Daniel DeSouza, Esq.
     Florida Bar No.:  19291

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 24, 2024, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.


<u>/s/ Lauren Hausman</u>

Lauren Hausman, Esq.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228