IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 4:23-cv-10080-JEM

MAUREEN HARRINGTON, as personal
representative for the estate of BLAINE
HARRINGTON III,

    Plaintiff,

v.

ISLAND VILLA RENTAL PROPERTIES
INCORPORATED,

    Defendant.

_____

## PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

    Plaintiff Maureen Harrington, as personal representative for the estate of Blaine Harrington III ("Plaintiff") hereby files this motion for leave to file her First Amended Complaint (a copy of which is attached hereto as Exhibit "A"), and states as follows:

    1.    On September 19, 2023, Plaintiff filed her original Complaint in this action [D.E. 1]. The original Complaint asserts a claim for copyright infringement against Island Villa Rental Properties Incorporated ("Defendant").

    2.    On November 7, 2023, Defendant filed its Answer and Affirmative Defendants to Complaint. See D.E. 6.

    3.    In its Answer, Defendant takes the position that the Work was not published at the time of the filing of Plaintiff's Complaint. Rather than argue the merits of that issue, Plaintiff would prefer to amend the Complaint to note that the Work was still published as of August 2023 and deal with Defendant's contention in discovery.

## ARGUMENT

**I.  The Court Should Allow Filing of a First Amended Complaint**

4. Generally, a court should freely give leave to amend a complaint when justice so requires. Fed. R. Civ. P. 15(a)(2). Whether to allow amendment of the pleadings is within the discretion of the trial court. Castros v. Signal Fin. Co. LLC, No. 1:17-cv-21870-KMM, 2018 U.S. Dist. LEXIS 238011, at *3 (S.D. Fla. Feb. 4, 2018). The purpose of Rule 15 "is to permit liberal amendment to facilitate determination of claims on the merits and to prevent litigation from becoming a technical exercise in the fine points of pleading." Id. Under rule 15(a) of the Federal Rules of Civil Procedure, "a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served…." Fed. R. Civ. P. 15(a). "Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires." Id.; Fifth Third Mortg. Co. v. Martell, No. 07-21854-CIV-MOORE/GARBER, 2008 U.S. Dist. LEXIS 135244, at *3 (S.D. Fla. Mar. 26, 2008) (noting that whether to grant leave to amend is committed to the district court's discretion). "Grounds for denying a motion to amend the pleadings include 'undue delay, undue prejudice to the defendants, and futility of the amendment.'" Martell, No. 07-21854-CIV-MOORE/GARBER, 2008 U.S. Dist. LEXIS 135244, at *3; see also Abramson v. Gonzalez, 949 F.2d 1567, 1581 (11th Cir. 1992) (holding similarly). A proposed amendment is futile if the amended complaint would necessarily fail, meaning the proposed amendment would not survive a motion to dismiss. Dw v. Carnival Corp., No. 17-20115-Civ-WILLIAMS/TORRES, 2017 U.S. Dist. LEXIS 228244, at *4 (S.D. Fla. Aug. 1, 2017); Christman v. Walsh, 416 F. App'x 841, 844 (11th Cir. 2011); Hall v. United Ins. Co. of Am., 367 F.3d 1255, 1262-3 (11th Cir. 2004); St. Charles Foods, Inc. v. Am.'s Favorite Chicken Co., 198 F.3d 815, 822 (11th Cir. 1999).

5.  The Scheduling Order [D.E. 7] sets a deadline of January 27, 2024 for Plaintiff to seek leave to amend her pleading. As January 27, 2024 was a Saturday, the effective deadline to seek leave to amend her pleadings would be January 29, 2024 – this Motion is filed within that timeframe.

6.  There is no undue delay or prejudice here, as the Motion is being filed within the timeframe provided by the Court. Additionally, the amended Complaint will not prejudice the Defendant, as Plaintiff is not seeking to add any claims to the Complaint but is only seeking to revise an existing allegation.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order: (a) granting this Motion and (b) deeming the proposed First Amended Complaint filed as of the date of such Order.

Respectfully submitted,

Dated: January 29, 2024.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
lauren@copycatlegal.com
dan@copycatlegal.com

By: /s/ Lauren M. Hausman___
    Lauren M. Hausman, Esq.
    Florida Bar No.: 1035947
    Daniel DeSouza, Esq.
    Florida Bar No.: 19291

## CERTIFICATE OF GOOD FAITH CONFERRAL

Pursuant to Local Rule 7.1(a)(3), undersigned counsel conferred in good faith with Defendant's counsel with respect to the relief requested herein who indicated that Defendant opposes the filing of an amended Complaint.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Lauren M. Hausman
Lauren M. Hausman, Esq.