IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 4:23-cv-10080-JEM

MAUREEN HARRINGTON, as personal representative for the estate of BLAINE HARRINGTON III,

    Plaintiff,

v.

ISLAND VILLA RENTAL PROPERTIES INCORPORATED,

    Defendant.

_____

**PLAINTIFF'S THIRD MOTION FOR EXTENSION
OF TIME TO FILE THE CONFERRAL REPORT OR,
ALTERNATIVELY, TO ALLOW PLAINTIFF TO FILE UNILATERAL REPORT**

    Plaintiff Maureen Harrington, as personal representative for the estate of Blaine Harrington III ("Plaintiff") hereby files this third Motion for an Extension of Time to File the Conferral Report, or, alternatively, to allow Plaintiff to file a unilateral report, and in support thereof state as follows:

    1.    As the Court knows, the Parties have already filed two prior motions to extend the deadline to file the Joint Conferral Report.

    2.    The last such motion was filed on January 24, 2024, and was necessitated by purported IT issues being experienced by Defendant's counsel.

    3.    Subsequent thereto. Undersigned counsel has attempted to communicate multiple times with Defendant's counsel via email and telephonically but has not received any response. A true and correct copy of undersigned email correspondence is attached hereto as **Exhibit "A."**

4. Given the above, and Plaintiff's desire to move this case forward, Plaintiff requests that the Court either grant a final extension of seven (7) days to file the Joint Conferral Report, or simply allow Plaintiff to file a unilateral report.

5. The requested relief is made in good faith. The relief being sought will neither unfairly prejudice Plaintiff or Defendant, nor cause undue delay.

Dated: January 31, 2024.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
lauren@copycatlegal.com

By: /s/ Lauren Hausman
Lauren Hausman, Esq.
Florida Bar No.: 1035947
Daniel DeSouza, Esq.
Florida Bar No.: 19291

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Lauren Hausman
Lauren Hausman, Esq.