Exhibit "A"

| | |
|---|---|
| **From:** | Lauren Hausman |
| **To:** | griffin@klemalaw.com |
| **Cc:** | Tia Kelly |
| **Subject:** | Re: Blaine Harrington III v Island Villa Rental Properties Incorporated |
| **Date:** | Wednesday, January 31, 2024 5:21:35 PM |

Griffin,

It's 5:20 and the report needs to be filed today. Any word on this?

**From:** Lauren Hausman
**Sent:** Tuesday, January 30, 2024 8:32:20 AM
**To:** griffin@klemalaw.com <griffin@klemalaw.com>
**Cc:** Tia Kelly <tia@copycatlegal.com>
**Subject:** RE: Blaine Harrington III v Island Villa Rental Properties Incorporated

Griffin,

Just wanted to touch base on this as the Conferral Report is due tomorrow.

Thanks,
Lauren

**From:** Lauren Hausman
**Sent:** Wednesday, January 24, 2024 6:30 PM
**To:** griffin@klemalaw.com
**Cc:** Tia Kelly <tia@copycatlegal.com>
**Subject:** RE: Blaine Harrington III v Island Villa Rental Properties Incorporated

Okay, no problem. I will draft and file an unopposed Motion for extension of time.

**From:** griffin@klemalaw.com <griffin@klemalaw.com>
**Sent:** Wednesday, January 24, 2024 6:25 PM
**To:** Lauren Hausman <lauren@copycatlegal.com>
**Cc:** Tia Kelly <tia@copycatlegal.com>
**Subject:** RE: Blaine Harrington III v Island Villa Rental Properties Incorporated

External (griffin@klemalaw.com)

Report This Email   FAQ   GoDaddy Advanced Email Security, Powered by INKY

I need an extension due to IT systems interruption.

Griffin

**From:** Lauren Hausman <lauren@copycatlegal.com>
**Sent:** Wednesday, January 24, 2024 6:14 PM
**To:** Griffin C. Klema, Esq. <griffin@klemalaw.com>

**Cc:** Tia Kelly <tia@copycatlegal.com>
**Subject:** RE: Blaine Harrington III v Island Villa Rental Properties Incorporated

Hi Griffin,

I just tried to give you a call. I wanted to confirm whether you anticipated us being able to file this tonight, as today is the deadline, or if you would like me to file an unopposed motion for extension of time. Just let me know.

Thanks,
Lauren

---

**From:** Lauren Hausman
**Sent:** Wednesday, January 24, 2024 4:40 PM
**To:** 'Griffin C. Klema, Esq.' <griffin@klemalaw.com>
**Cc:** Tia Kelly <tia@copycatlegal.com>
**Subject:** RE: Blaine Harrington III v Island Villa Rental Properties Incorporated

Griffin,

Please see attached for your review/completion. There are two subsections toward the bottom that I highlighted and left blank for you. If you have any edits in the body of the report, can you please do so in redline. Also, were you able to do Exhibit A, or is that something you would like me to do?

Thanks,
Lauren

---

**From:** Lauren Hausman
**Sent:** Thursday, January 11, 2024 7:04 PM
**To:** Griffin C. Klema, Esq. <griffin@klemalaw.com>
**Cc:** Tia Kelly <tia@copycatlegal.com>
**Subject:** Blaine Harrington III v Island Villa Rental Properties Incorporated

Hi Griffin,

I am still working on filling in the bottom portion (primarily the portion that is specific to Judge Martinez), but I wanted to get you this draft so you can also work on getting your portions in.

Thanks,



**Lauren Hausman, Esq.**
Associate

Copycat Legal PLLC
3111 North University Drive,
Suite 301
Coral Springs, Florida 33065

**T** 877-HERO-CAT (877-437-6228)
**E** lauren@copycatlegal.com



www.copycatlegal.com