UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number: 23-10080-CIV-MARTINEZ-BECERRA

MAUREEN HARRINGTON,

    Plaintiff,

v.

ISLAND VILLA RENTAL PROPERTIES INC.,

    Defendant.
_____/

**ORDER ON MOTION FOR LEAVE TO AMEND**

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion for Leave to Amend Complaint ("Motion to Amend"). (ECF No. 16). Plaintiff moves to amend the Complaint for the first time and within the deadline set by this Court's November 29, 2023 Scheduling Order, (ECF No. 7). (*Id.*) After careful consideration, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Amend, (ECF No. 16), is **GRANTED**. Plaintiff shall separately file her amended complaint **on or before February 5, 2024**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of February, 2024

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record