Exhibit "B"





**ISLAMORADA DELIVERY OPTIONS DURING COVID-19 STAY AT HOME ORDERS**

To help connect folks to their local food system and keep as many people...

April 13, 2020



**ANNE'S BEACH NOW OPEN!**

Renovation at this popular Florida Keys park is complete and now open...

September 13, 2019



**UPPER FLORIDA KEYS BOAT RAMPS**

PLEASE NOTE INDIAN KEY BOAT RAMP IS CLOSED AS OF SUMMER 2021 FO...

July 25, 2019



**THE BEST PARKS IN ISLAMORADA**



**10 FUN AND INTERESTING FACTS ABOUT THE FLORIDA**



**NOVEMBER & DECEMBER 2018 FLORIDA KEYS EVENTS**

NOVEMBER 2018 Nov. 2nd – Nov. 4th — Robert James Sales Redbo...


