# Exhibit B

**Exhibit B**

**Exhibit B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 4:23-cv-10080-JEM

MAUREEN HARRINGTON,
as personal representative for the
Estate of BLAINE HARRINGTON III,

    Plaintiff,

v.

Island Villa Rental Properties Inc.,

    Defendant.

---

### DECLARATION OF GRIFFIN C. KLEMA IN SUPPORT OF DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT

I, Griffin C. Klema, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 of the following is true and correct:

1. I am counsel for defendant Island Villa Rental Properties, Inc. ("Island Villa") in this matter.

2. I submit this declaration in support of Island Villa's response to Harrington's motion for leave to amend the complaint, [ECF 16], and in support of Island Villa's request for the Court to issue a show cause order.

3. On October 6, 2023, Island Villa contacted me to represent it in this matter. As part of my investigation on Harrington's claim, I asked Glade Krepper if the website where the disputed blog post was located had been removed. He orally advised me that it had been as soon as the first demand letter was received.

4. Thereafter, I searched the Internet Archive for the address identified in Harrington's complaint, https://islandvilla.com/florida-keys-and-travel-news, and found several archived versions of that URL, including March 22, 2023, and August 10, 2023. Attached hereto as **Exhibit B-1** are true and correct screen captures that I saved from my investigation.

5. Because Harrington's complaint, paragraph 30, alleged a fact that was false, Island Villa answered that allegation by clear notice of a Rule 11 concern. [ECF 6 at ¶ 30].

6. During my telephonic conferral with Lauren Hausman on January 10, 2024, my recollection is that she stated that Harrington did not believe the complaint needed to be amended.

7. On January 29, 2024, Ms. Hausman then emailed me requesting leave to amend Harrington's complaint to "remove the paragraph about willfulness." I responded that Island Villa would not agree to provide leave unless Harrington would agree to pay for the expense incurred investigating and responding to it. A true and correct copy of our email communications is attached as **Exhibit B-2**.

8. On February 1, after reviewing Harrington's motion for leave to amend, I saw that Harrington had not removed the allegation—contrary to Ms. Hausman's representation during conferral—but rather made a new allegation claiming willful infringement. I then asked Ms. Hausman for evidence supporting that allegation, and further requested that Harrington stipulate to the Internet Archive captures of the website from March 22, 2023, and August 10, 2023, which I attached to that email. Ms. Hausman declined to discuss or stipulate to those facts. A true and correct copy of our email communications is attached as **Exhibit B-3**.

9. The disputed blog post thumbnail image was not on https://islandvilla.com/florida-keys-and-travel-news after December 2022, based on multiple Internet Archive captures that I viewed.

10. I have personal experience creating websites, and coding HTML and PHP. A website is, essentially, a collection of various constituent parts often referred to as page "elements" and may include images, scripts, and other code. The Internet Archive explains this in its basic form. https://blog.archive.org/2017/10/05/wayback-machine-playback-now-with-timestamps/ ("Web pages are usually a composition of multiple elements such as images, scripts and CSS."). The Mozilla Foundation explains this in more technical details and specifically how images are part of web pages. https://developer.mozilla.org/en-US/docs/Learn/HTML/Multimedia_and_embedding/Images_in_HTML. By the very nature of hyperlinking, an element cannot be found either by a user or by a search engine unless that element is part of a web page. Stated differently, an element is simply a file on a web server that does not become part of a web page unless and until it is included as part of a webpage's code. An element is essentially secret, publicly unknown and undiscoverable absent knowledge of the exact sequence of letters, characters, and numbers that comprise an element's URL.

11. When copyright infringement defendants contact me, I often tell them to unpublish (or unlink) the disputed image from the webpage, but to ensure they do *not* delete the disputed image from the server because (1) it may support a statute of limitations defense or (2) doing so lead to a possible spoliation of evidence claim.

Dated: February 12, 2024.

/s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard

Tampa, FL 33606  
Telephone: 202-713-5292  
*Attorney for Defendant*

# Exhibit B-1

Exhibit B-1

Exhibit B-1



# HOME  CONTACT  VACATION RENTALS        BAHAMAS  PRODUCTION & LOCATIONS

THINGS TO DO  NEWS



### ISLAMORADA DELIVERY OPTIONS DURING COVID-19 STAY AT HOME ORDERS

To help connect folks to their local food system and keep as many people...

*April 13, 2020*



### ANNE'S BEACH NOW OPEN!

Renovation at this popular Florida Keys park is complete and now ...

*September 13, 2019*



### UPPER FLORIDA KEYS BOAT RAMPS

PLEASE NOTE  INDIAN KEY BOAT RAMP IS CLOSED AS OF SUMMER 2021 FO...

*July 25, 2019*



### THE BEST PARKS IN ISLAMORADA

Founders Park Location for festivals and more, Founders Park is your ans...

*July 30, 2018*



### 2019 LOBSTER SEASON FLORIDA KEYS

The annual spiny lobster sport season "Mini Season" ...

*July 19, 2019*



### UPPER FLORIDA KEYS BOAT RAMPS

PLEASE NOTE  INDIAN KEY BOAT RAMP IS CLOSED AS OF SUMMER 2021 FO...

*July 25, 2019*



**PHONE: +1.305.664.3333**

Your journey into luxurious Florida Keys Vacation Rentals begins here.

HOME

CONTACT US



Case 4:23-cv-10080-JEM Document 25-2 Entered on FLSD Docket 02/12/2024 Page 8 of 13



HOME | CONTACT | VACATION RENTALS | BAREFOOT WEDDINGS | BAHAMAS | PRODUCTION & LOCATIONS | THINGS TO DO | NEWS







### THE THREAT OF LARGE MATS OF SARGASSUM SEAWEED WASHING UP ON FLORIDA BEACHES THIS SUMMER IS NO MORE.

"Scientists say the seaweed belt has suffered a mortal blow after a mo…

July 6, 2023

### ISLAMORADA LOBSTER MINI SEASON

Mini Lobster Season 2023 Dates When is Lobster Mini Season in the Keys? …

May 12, 2023

### SUMMER 2023 CALENDAR OF EVENTS – ISLAMORADA, FLORIDA KEYS

Islamorada, located in the Florida Keys, is known for its beautif…

May 12, 2023







### THE BEST PARKS IN ISLAMORADA

Founders Park Location for festivals and more, Founders Park is your ans…

July 30, 2018

### 2019 LOBSTER SEASON FLORIDA KEYS

The annual spiny lobster sport season "Mini Season" …

July 19, 2019

### UPPER FLORIDA KEYS BOAT RAMPS

PLEASE NOTE INDIAN KEY BOAT RAMP IS CLOSED AS OF SUMMER 2021 FO…

July 25, 2019



PHONE: +1.305.664.3333
Your journey into luxurious Florida Keys Vacation Rentals begins here.



# Exhibit B-2

**Exhibit B-2**

**Exhibit B-2**

**griffin@klemalaw.com**

| | |
|---|---|
| **From:** | griffin@klemalaw.com |
| **Sent:** | Monday, January 29, 2024 4:19 PM |
| **To:** | 'Lauren Hausman' |
| **Cc:** | 'Tia Kelly' |
| **Subject:** | RE: Harrington v Island Villa Rental - Conferral re Motion for Leave to Amend |

Lauren,

Your request is essentially an admission of both a Rule 11 violation and 1927 misconduct. My client will not agree unless Harrington and/or Copycat Legal agrees to pay for the costs and attorney's fees incurred reviewing and responding to those blatant falsities. If neither Copycat nor Harrington are willing to even discuss those costs, then the motion is opposed.

Griffin

**From:** Lauren Hausman <lauren@copycatlegal.com>
**Sent:** Monday, January 29, 2024 3:16 PM
**To:** Griffin C. Klema, Esq. <griffin@klemalaw.com>
**Cc:** Tia Kelly <tia@copycatlegal.com>
**Subject:** Harrington v Island Villa Rental - Conferral re Motion for Leave to Amend

Griffin,

Hope all's well. We would like file a motion for leave to amend the pleadings. We would like to remove the paragraph about willfulness being further demonstrated by the photograph still being published. Please consider this the conferral pursuant to the local rule. I look forward to your response.

Thanks,



**Lauren Hausman, Esq.**
Associate

Copycat Legal PLLC
3111 North University Drive,
Suite 301
Coral Springs, Florida 33065

**T** 877-HERO-CAT (877-437-6228)
**E** lauren@copycatlegal.com
www.copycatlegal.com



# Exhibit B-3

Exhibit B-3

Exhibit B-3

**griffin@klemalaw.com**

| | |
|---|---|
| **From:** | Lauren Hausman <lauren@copycatlegal.com> |
| **Sent:** | Friday, February 2, 2024 9:13 AM |
| **To:** | griffin@klemalaw.com |
| **Cc:** | Tia Kelly; Daniel DeSouza |
| **Subject:** | RE: Evidence of Island Villa's website being published as of August 2023 |

Good morning Griffin,

Respectfully, I am not sure quite what you are trying to accomplish with your last two emails. You can do whatever you feel you need to do – if that is filing a motion, then I will await your 7.1(a)(3) conferral.

Sincerely,
Lauren

**From:** griffin@klemalaw.com <griffin@klemalaw.com>
**Sent:** Thursday, February 1, 2024 9:24 PM
**To:** Lauren Hausman <lauren@copycatlegal.com>
**Cc:** Tia Kelly <tia@copycatlegal.com>
**Subject:** RE: Evidence of Island Villa's website being published as of August 2023


Lauren,

Consistent with your agreement to stipulate to undisputed facts, I will also ask that Harrington stipulate to the following:

1. That the subject blog post and its corresponding thumbnail are not shown in the August 10, 2023, capture (attached).
2. So too with respect to the capture from March 22, 2023 (attached).
3. The subject blog post does not have the image (December 5, 2021 capture).

If Harrington will not stipulate to the above, please explain why. Thank you.

Griffin

**From:** griffin@klemalaw.com <griffin@klemalaw.com>
**Sent:** Thursday, February 1, 2024 8:01 PM
**To:** 'Lauren Hausman' <lauren@copycatlegal.com>
**Cc:** 'Tia Kelly' <tia@copycatlegal.com>
**Subject:** RE: Evidence of Island Villa's website being published as of August 2023

Lauren,

Thank you for that further information. However, the allegation was still false when you made it and, as the Wayback machine confirms what my client has told me, the post was removed long before the image may have been subsequently deleted from the server. Your discovery of the image on the Wayback Machine *after* your pleading was found to contain an untruth (i.e. remaining as a standalone URL not part of any blog post and thus discoverable only with a direct link) does not save the Rule 11 violation. Further, the allegation as now pleaded is misleading of the truth and your lack of candor deeply troubling.

I ask that you confirm that your allegation contained in paragraph 30 was false when you made it and you had no basis in truth for it.

Griffin

---

**From:** Lauren Hausman <lauren@copycatlegal.com>
**Sent:** Thursday, February 1, 2024 5:44 PM
**To:** griffin@klemalaw.com
**Cc:** Tia Kelly <tia@copycatlegal.com>
**Subject:** RE: Evidence of Island Villa's website being published as of August 2023

Hi Griffin,

In paragraph 30 of the First Amended Complaint, there is a pin cite to the Wayback Machine showing Mr. Harrington's photograph on Island Villa's website, in which the Wayback dates the photograph as being up as of August 14, 2023. For convenience, I am including that pin cite here as well:
https://web.archive.org/web/20230814200824/https://islandvilla.com/wp-content/uploads/2018/07/20110427-florida-3563.jpg

Thanks,
Lauren

**From:** griffin@klemalaw.com <griffin@klemalaw.com>
**Sent:** Thursday, February 1, 2024 1:57 PM
**To:** Lauren Hausman <lauren@copycatlegal.com>
**Subject:** Evidence of Island Villa's website being published as of August 2023

Lauren,

Given the representation you made in your motion for leave to amend (together with the allegation itself), please provide the evidence that the work was allegedly published on its site in August 2023. That may obviate my next filing with the court in which I will be asking for sanctions.

Thank you,
Griffin Klema