**From:** Lauren Hausman
**To:** griffin@klemalaw.com
**Cc:** Tia Kelly; Daniel DeSouza
**Subject:** RE: Evidence of Island Villa"s website being published as of August 2023
**Date:** Friday, February 2, 2024 10:57:00 AM

Griffin,

Thanks for the update. Notwithstanding, we are still going to file our Amended Complaint to comply with the Judge's Order/deadline.

Respectfully,
Lauren

**From:** griffin@klemalaw.com <griffin@klemalaw.com>
**Sent:** Friday, February 2, 2024 10:47 AM
**To:** Lauren Hausman <lauren@copycatlegal.com>
**Cc:** Tia Kelly <tia@copycatlegal.com>; Daniel DeSouza <dan@copycatlegal.com>
**Subject:** RE: Evidence of Island Villa's website being published as of August 2023

External (griffin@klemalaw.com)

Report This Email   FAQ   GoDaddy Advanced Email Security, Powered by INKY

Lauren,

We have already conferred on the matter. ==I will be filing a response to your motion notwithstanding the erroneous ruling misunderstanding that it was actually a contested motion.==

Griffin

**From:** Lauren Hausman <lauren@copycatlegal.com>
**Sent:** Friday, February 2, 2024 9:13 AM
**To:** griffin@klemalaw.com
**Cc:** Tia Kelly <tia@copycatlegal.com>; Daniel DeSouza <dan@copycatlegal.com>
**Subject:** RE: Evidence of Island Villa's website being published as of August 2023

Good morning Griffin,

Respectfully, I am not sure quite what you are trying to accomplish with your last two emails. You can do whatever you feel you need to do – if that is filing a motion, then I will await your 7.1(a)(3) conferral.

Sincerely,
Lauren

**From:** griffin@klemalaw.com <griffin@klemalaw.com>
**Sent:** Thursday, February 1, 2024 9:24 PM
**To:** Lauren Hausman <lauren@copycatlegal.com>
**Cc:** Tia Kelly <tia@copycatlegal.com>
**Subject:** RE: Evidence of Island Villa's website being published as of August 2023

Lauren,

Consistent with your agreement to stipulate to undisputed facts, I will also ask that Harrington stipulate to the following:

1. That the subject blog post and its corresponding thumbnail are not shown in the August 10, 2023, capture (attached).
2. So too with respect to the capture from March 22, 2023 (attached).
3. The subject blog post does not have the image (December 5, 2021 capture).

If Harrington will not stipulate to the above, please explain why. Thank you.

Griffin

**From:** griffin@klemalaw.com <griffin@klemalaw.com>
**Sent:** Thursday, February 1, 2024 8:01 PM
**To:** 'Lauren Hausman' <lauren@copycatlegal.com>
**Cc:** 'Tia Kelly' <tia@copycatlegal.com>
**Subject:** RE: Evidence of Island Villa's website being published as of August 2023

Lauren,

Thank you for that further information. However, the allegation was still false when you made it and, as the Wayback machine confirms what my client has told me, the post was removed long before the image may have been subsequently deleted from the server. Your discovery of the image on the Wayback Machine *after* your pleading was found to contain an untruth (i.e. remaining as a standalone URL not part of any blog post and thus discoverable only with a direct link) does not save the Rule 11 violation. Further, the allegation as now pleaded is misleading of the truth and your lack of candor deeply troubling.

I ask that you confirm that your allegation contained in paragraph 30 was false when you made it and you had no basis in truth for it.

Griffin

**From:** Lauren Hausman <lauren@copycatlegal.com>
**Sent:** Thursday, February 1, 2024 5:44 PM
**To:** griffin@klemalaw.com
**Cc:** Tia Kelly <tia@copycatlegal.com>
**Subject:** RE: Evidence of Island Villa's website being published as of August 2023

Hi Griffin,

In paragraph 30 of the First Amended Complaint, there is a pin cite to the Wayback Machine showing Mr. Harrington's photograph on Island Villa's website, in which the Wayback dates the photograph as being up as of August 14, 2023. For convenience, I am including that pin cite here as well: https://web.archive.org/web/20230814200824/https://islandvilla.com/wp-content/uploads/2018/07/20110427-florida-3563.jpg

Thanks,
Lauren

**From:** griffin@klemalaw.com <griffin@klemalaw.com>
**Sent:** Thursday, February 1, 2024 1:57 PM
**To:** Lauren Hausman <lauren@copycatlegal.com>
**Subject:** Evidence of Island Villa's website being published as of August 2023

Lauren,

Given the representation you made in your motion for leave to amend (together with the allegation itself), please provide the evidence that the work was allegedly published on its site in August 2023. That may obviate my next filing with the court in which I will be asking for sanctions.

Thank you,
Griffin Klema