**Exhibit "B"**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 4:23-cv-10080-JEM

MAUREEN HARRINGTON, as personal
representative for the estate of BLAINE
HARRINGTON III,

    Plaintiff,

v.

ISLAND VILLA RENTAL PROPERTIES
INCORPORATED,

    Defendant.

## DECLARATION OF DANIEL DESOUZA

Daniel DeSouza does hereby declare pursuant to 28 U.S.C. § 1746:

1. I submit this declaration in support of plaintiff Maureen Harrington, as personal representative for the estate of Blaine Harrington III's ("Plaintiff") Reply Memorandum in Further Support of Motion for Leave to File First Amended Complaint ("Reply Memorandum"). This declaration and the facts stated herein are based upon my personal knowledge.

2. While Defendant's counsel sees evil intent and trolling in every direction he turns, the point remains that undersigned counsel mistakenly included the allegation in the original Complaint that the subject photograph was still published in the blog article at the time of filing.

3. Undersigned counsel's law firm was counsel of record in approximately 150 lawsuits filed in 2023.

4. Each Complaint is reviewed by the attorney signing the pleading prior to filing and, if undersigned counsel is not the lead attorney on the file, the Complaint is again reviewed by undersigned counsel prior to filing. This has always been undersigned counsel's policy with

respect to the filing of copyright infringement/trademark infringement lawsuits, and the foregoing process was followed with respect to this case.

5. Here, Lauren Hausman, Esq. (the subject of Mr. Klema's ire) originally reviewed/edited the Complaint on August 19, 2023. After Ms. Hausman's edits were completed, undersigned counsel further reviewed/edited the Complaint on August 23, 2023.

6. Those reviews, unfortunately, overlooked that the subject photograph had at the time been removed from the blog while still being 'hosted' on the website itself.

7. It was not until Ms. Hausman undersigned counsel reviewed the original Answer and Defendant's assertion denying that the photograph was still published that undersigned counsel confirmed the error in the original pleading, on January 26, 2023.

8. As a result, undersigned counsel instructed Ms. Hausman to amend the pleading – which would be a routine event with any attorney other than Mr. Klema who would not consent to such unless Plaintiff and/or undersigned counsel agreed to pay Mr. Klema's fees incurred in reviewing/responding to the willfulness paragraph of the Complaint.

9. Rather than engage with Mr. Klema's threats of a "Rule 11 violation and 1927 misconduct," undersigned counsel elected to file the Motion for Leave.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 19, 2024                    /s/ Daniel DeSouza_____
                                            Daniel DeSouza