**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 4:23-cv-10080-JEM**

MAUREEN HARRINGTON,
as personal representative for the
Estate of BLAINE HARRINGTON III,

    Plaintiff,

v.

Island Villa Rental Properties Inc.,

    Defendant.

---

### DECLARATION OF GRIFFIN C. KLEMA IN SUPPORT OF DEFENDANT'S REPLY IN SUPPORT OF ITS EXPEDITED MOTION TO STAY

I, Griffin C. Klema, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 of the following is true and correct:

1. I am counsel for defendant Island Villa Rental Properties, Inc. ("Island Villa") in this matter. I submit this declaration in support of Island Villa's reply to Harrington's opposition to defendant's motion to stay, [ECF 28].

2. I was also defense counsel of record in <u>Affordable Aerial Photography, Inc. v. Abdelsayed</u>, no. 21-cv-81331 (S.D. Fla.). After extensive litigation there, the plaintiff ("AAP") sought to voluntarily dismiss its copyright infringement claim rather than respond to the defendant's motion for summary judgment. Subsequently, the defendants sought attorney's fees for AAP's refusal to accept a Rule 68 offer of judgment and also pursuant to the Copyright Act.

3. Pursuant to the local rules, the defendants submitted evidence of the time spent defending AAP's baseless claims, as well as their engagement with my law firm. On February 3,

2023, I emailed Mr. DeSouza a copy of the defendants' draft motion for attorney's fees together with exhibits. A true and correct copy of that email is attached hereto as **Exhibit A-1**.

4. Exhibit A to that motion, and attached to that email was my sworn declaration. As part of that declaration, I attached a copy of my firm's letter of engagement with the defendants. It specifies that my clients agreed, consistent with their counter-claims against AAP, to a contingency for any affirmative relief they secured from AAP. A separate reverse-contingency component provided for a flat fee according to what clients might agree or be ordered to pay AAP if AAP obtained a money judgment or settlement against them. And finally and most importantly to the veracity of Mr. DeSouza's statement, my firm's engagement made clear that if AAP were ordered by the court "pay our fee (a 'prevailing party' contract or statute), then the firm's fee" would be based on that court award. The engagement does *not* provide for splitting fees with my clients. Should the Court so request, I can provide a copy of that document.

5. Apart from the written engagement, I would never unethically agree to split fees with a client, contrary to Mr. DeSouza's false statement. I can provide a further declaration of John Abdelsayed who can attest that I would not do so (he asked and I said no). He can further attest to *his* decision to appeal Judge Cannon's order denying attorney's fees as well as his unwavering altruistic motivations to never give in to AAP's baseless claims. Throughout that case he repeatedly instructed me to defend him and his reputation smeared by AAP in court filings (e.g., calling Mr. Abdelsayed a "thief").

6. I am deeply troubled by Mr. DeSouza's continued false and misleading statements about me to the courts in various matters, including here, which continually requires me to prepare and file declarations like this to vindicate my reputation from false statements.

Dated: February 23, 2024.

/s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Attorney for Defendant*

# Exhibit A-1

**Exhibit A-1**

**Exhibit A-1**

**griffin@klemalaw.com**

| | |
|---|---|
| From: | Griffin C. Klema, Esq. <griffin@klemalaw.com> |
| Sent: | Friday, February 3, 2023 9:01 PM |
| To: | 'Daniel DeSouza'; 'James D'Loughy'; 'Lauren Hausman'; 'Denise Sosa'; 'Hali Thomas' |
| Subject: | SERVICE OF COURT DOCUMENT - CASE NO. 9:21-cv-81331-AMC |
| Attachments: | 21-CV-81331 DE __ -  MTN for fees DRAFT.pdf; 21-CV-81331 DE __ -  MTN for fees - Ex A - declaration of Klema.pdf; 21-CV-81331 DE __ -  MTN for fees - Ex B - declaration of Abdelsayed.pdf; 21-CV-81331 DE __ -  MTN for fees - Ex C - R68 offer.pdf |

| Court: | The United States District Court for the Southern District Of Florida |
|---|---|
| Case No.: | 9:21-cv-81331-AMC |
| Plaintiff(s): | Affordable Aerial Photography, Inc. |
| Defendant(s): | John Abdelsayed and Trends Realty USA Corp |
| Title of Document(s): | 1. Defendants' [draft] motion for attorney's fees<br>2. Exhibit A<br>3. Exhibit B<br>4. Exhibit C |
| Sender's Name: | Griffin C. Klema, Esq. |
| Sender's Telephone No.: | 202-713-5292 |



**GRIFFIN KLEMA**
Patent & Trial Attorney
**Klema Law, P.L.**

cell: 202-713-5292

video call:

Griffin@KlemaLaw.com

1