UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 4:23-cv-10080-JEM

MAUREEN HARRINGTON,
as personal representative for the
Estate of BLAINE HARRINGTON III,

    Plaintiff,

v.

Island Villa Rental Properties Inc.,

    Defendant.

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant, Island Villa Rental Properties Incorporated, by and through his attorney, Griffin Klema, Esq., and pursuant to Local Rule 7.8 files this supplemental authority concerning defendant's expedited motion to stay [ECF 24].

On February 29, 2024, Judge K. Michael Moore in <u>Affordable Aerial Photography, Inc. v. Sync RFID, Inc.</u>, no. 2:23-cv-14379 (S.D. Fla.) entered an order granting the defendant's expedited motion to stay the proceedings pending the Supreme Court's decision in <u>Warner Chappell Music v. Nealy</u>. In particular, Judge Moore found "that there is a significant likelihood the Supreme Court's pending decision in <u>Nealy</u> may inform how the Court rules on the Motion for Judgment on the Pleadings in the instant case." A copy of the court's paperless order is attached.

    /s/ Griffin Klema
    Griffin C. Klema, Esq.
    Fla. Bar No. 100279
    Griffin@KlemaLaw.com
    **Klema Law, P.L.**

PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Attorney for Defendant*