IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 4:23-cv-10080-JEM

MAUREEN HARRINGTON, as personal
representative for the estate of BLAINE
HARRINGTON III,

    Plaintiff,

v.

ISLAND VILLA RENTAL PROPERTIES
INCORPORATED,

    Defendant.

---

### STIPULATION FOR AGREED ORDER ON DEFENDANT'S EXPEDITED MOTION TO STAY PROCEEDINGS

Plaintiff Maureen Harrington, as personal representative for the Estate of Blaine Harrington III ("Plaintiff") and defendant Island Villa Rental Properties Incorporated's ("Defendant") (collectively, the "Parties") hereby stipulate for the Court to enter the attached proposed agreed order on Defendant's expedited motion to stay the proceedings, [ECF 24], and state as follows:

    1.    On February 8, 2024, Defendant filed its expedited Motion to Stay the Proceedings ("Motion"). See D.E. 24.

    2.    On February 22, 2024, Plaintiff filed her Memorandum in Opposition to Defendant's Motion. See D.E. 28.

    3.    On February 23, 2024, Defendant filed its Reply in Support of its Expedited Motion. See D.E. 34.

    4.    In Plaintiff's Memorandum in Opposition to Defendant's Motion, she noted that

"Defendant's counsel has filed substantially the same Expedited Motion to Stay in two other cases (Affordable Aerial Photography, Inc. v. Sync RFID Inc., 2:23-cv-14379-KMM and Science Photo Library Limited v. Bell Performance, Inc., 6:23-cv-02302-PGB-LHP)."[1] Additionally, Plaintiff respectfully suggested that "for the purposes of judicial economy, this Court defer ruling on this Motion until the court in Sync RFID (which has already been fully briefed) decides on Sync RFID's motion to stay to avoid inconsistent results."[2] Counsel for Plaintiff and counsel for Defendant both serve as counsel in this matter and in those two cases.

5. In Sync RFID, Sync RFID filed an Expedited Motion to Stay the Proceedings. See D.E. 16. After being fully briefed, Judge Moore entered a paperless Order granting Sync RFID's Motion to Stay the Proceedings. See D.E. 23. Judge Moore's Order specified that the case would be stayed for ninety (90) days, with the parties retaining the ability to move to reopen the case or extend the stay, depending on whether the Supreme Court has issued a decision in Nealy v. Warner Chappell Music, Inc.

6. In Science Photo Library, Judge Paul G. Byron likewise granted the defendant's time-sensitive motion to stay and entered a paperless order staying that action "pending the Supreme Court's resolution of Warner Chappell Music, Inc. v. Nealy." See D.E. 28.

7. Given that substantially similar motions to stay were granted in both Sync RFID and Science Photo Library, the parties agree that for consistency and judicial efficiency, to enter the same relief in this matter.

8. The parties therefore stipulate to the entry of an order staying these proceedings and respectfully request that this Court enter the enclosed order.

---

[1] See Plaintiff's Memorandum in Opposition to Defendant's Expedited Motion to Stay [D.E. 28 and 30].
[2] Id.

**WHEREFORE**, the Parties stipulate to and respectfully request that the Court enter an Order: (a) granting this Motion; (b) staying the case for one hundred twenty (120) days to cover the remaining portion of the court's 2023 term; (c) requiring Island Villa to provide a status update within fourteen days of the disposition of the Warner Chappell case; and (d) for such further relief as the Court deems proper.

Respectfully stipulated and submitted on March 7, 2024.

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com<br>lauren@copycatlegal.com<br><br>*Attorneys for Plaintiff*<br><br>By: /s/ Daniel DeSouza, Esq._____<br>    Daniel DeSouza, Esq.<br>    Florida Bar No.: 19291<br>    Lauren Hausman, Esq.<br>    Florida Bar No.: 1035947 | /s/ Griffin Klema<br>Griffin C. Klema, Esq.<br>Fla. Bar No. 100279<br>Griffin@KlemaLaw.com<br>**Klema Law, P.L.**<br>PO Box 172381<br>Tampa, FL 33672<br>420 W. Kennedy Boulevard<br>Tampa, FL 33606<br>Telephone: 202-713-5292<br>*Attorney for Defendant* |