IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 4:23-cv-10080-JEM

MAUREEN HARRINGTON, as personal representative for the estate of BLAINE HARRINGTON III,

    Plaintiff,

v.

ISLAND VILLA RENTAL PROPERTIES INCORPORATED,

    Defendant.

## [PROPOSED] ORDER ON DEFENDANT'S EXPEDITED MOTION TO STAY [ECF 24]

**THIS CAUSE** came before the Court on the parties' stipulation for entry of an order on Defendant's Expedited Motion to Stay Proceedings [D.E. 24]. Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion **[D.E. 24]** is **GRANTED.**

2. The Proceedings are hereby STAYED for 120 days pending the Supreme Court's resolution of <u>Warner Chappell Music, Inc. v. Nealy</u>.

3. Within fourteen (14) days of the court's opinion in Warner Chappell, defendant Island Villa Rental Properties Inc. shall submit a status update to this Court together with a copy of that case's disposition. Either party may thereafter move to reopen the case or extend the stay.

4. The Clerk of Court is directed to administratively close the file.

**DONE AND ORDERED** in Chambers at Key West, Florida this ___ day of _____, 2024.

                                                                      _____

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE