IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 4:23-cv-10080-JEM

MAUREEN HARRINGTON, as personal
representative for the estate of BLAINE
HARRINGTON III,

    Plaintiff,

v.

ISLAND VILLA RENTAL PROPERTIES
INCORPORATED,

    Defendant.

## NOTICE OF FILING

Plaintiff Maureen Harrington, as personal representative for the estate of Blaine Harrington III ("Plaintiff") hereby provides the Court notice of the attached (1) July 30, 2024 Opinion in Affordable Aerial Photography, Inc. v. Prop. Matters USA, LLC[1] and (2) August 2, 2024 Order in Science Photo Library Limited v. Bell Performance, Inc. (M.D. Fla.).

As the Court is aware, the stay in this case was continued pending the Opinion in Property Matters USA, LLC. In the Parties' May 16, 2024 Joint Status Report [D.E. 39], defendant Island Villa Rental Properties Incorporated ("Defendant") likewise asserted it was "very likely" the Supreme Court would grant the petition for writ of certiorari in Hearst Newspapers, L.L.C. v. Martinelli on the discovery/injury rule issue. Four days later, Defendant's predictions were shown to be incorrect as the Supreme Court declined to grant the writ. See Hearst Newspapers, L.L.C. v. Martinelli, No. 23-474, 2024 U.S. LEXIS 2218, at *1 (May 20, 2024).

---

[1]     The Opinion is likewise available on Lexis/Westlaw. See Affordable Aerial Photography, Inc. v. Prop. Matters USA, LLC, No. 23-12563, 2024 U.S. App. LEXIS 18801 (11th Cir. July 30, 2024).

Nor can Defendant find much solace in the Opinion in Prop. Matters USA, LLC. As set forth in the Opinion, the Eleventh Circuit did not reach the issue of whether the discovery or injury rule applied. Rather, the Opinion affirmed the district court on the basis that a voluntary dismissal without prejudice does not confer prevailing party status.

The Order in Science Photo Library Limited, however, squarely addresses the issue before the Court. The defendant in that case is represented by the same attorney (Griffin Klema, Esq.) representing Defendant here and, unsurprisingly, filed a motion for judgment on the pleadings that is a mirror-image of the motion at issue here. In denying the substantially-identical motion for judgment on the pleadings filed by Mr. Klema, the Order in Science Photo Library Limited provides a detailed analysis of the issues before this Court. Mr. Klema will presumably contend (as he has done before) that Judge Byron – like nearly every other federal district court or appellate judge across the country to consider the issue – is wrong, but this recent authority is nevertheless provided so that the Court may reach its own conclusions.

Dated: August 2, 2024.

COPYCAT LEGAL PLLC
3111 North University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
lauren@copycatlegal.com

By: /s/ Daniel DeSouza_____
 Daniel DeSouza, Esq.
 Florida Bar No. 19291
 Lauren Hausman, Esq.
 Florida Bar No. 1035947

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

2

/s/ Daniel DeSouza___
Daniel DeSouza, Esq.

3