UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 4:23-cv-10080-JEM

MAUREEN HARRINGTON,
as personal representative for the
Estate of BLAINE HARRINGTON III,

    Plaintiff,

v.

Island Villa Rental Properties Inc.,

    Defendant.

## RESPONSE TO PLAINTIFFS' NOTICE OF FILING [ECF 41]

    Defendant, Island Villa Rental Properties Inc., ("Island Villa") responds to plaintiff Maureen Harrington's "Notice of Filing" [ECF 41]. Island Villa awaits this Court's independent judgment on Island Villa's motion for judgment on the pleadings, [ECF 23], which is now ripe for disposition. It will be conferring with Harrington on the stay issue shortly and it anticipates a joint status report will be filed.

    Regardless, Island Villa agrees that <u>Affordable Aerial Photography Inc. v. Property Matters USA LLC</u>, [ECF 41-1] is inapt. The panel disposed of the appeal on grounds different than the statute of limitations.

    However, Judge Byron's decision in <u>Sci. Photo Library Ltd. v. Bell Performance, Inc.</u>, [ECF 41-2] did address the issue. Island Villa notes that the order (1) did not cite any Supreme Court decisions concerning its view of the meaning of "accrue" for purposes of statutes of limitations; (2) did not analyze the text of 17 U.S.C. § 507(b) or the purpose of statutes of limitation in general; and (3) did not recognize that at least one judge of this District has found an injury

accrual rule applies. [ECF 41-2]. The decision appears to conflate post-accrual equitable tolling with claim accrual itself.

      Island Villa understands that the defendant there, Bell Performance, may seek rehearing as well as certification to take an immediate appeal under 28 U.S.C. §1292(b).

                                              /s/ Griffin Klema
                                      Griffin C. Klema, Esq.
                                      Fla. Bar No. 100279
                                      Griffin@KlemaLaw.com
                                      **Klema Law, P.L.**
                                      PO Box 172381
                                      Tampa, FL 33672
                                      420 W. Kennedy Boulevard
                                      Tampa, FL 33606
                                      Telephone: 202-713-5292
                                      *Attorney for Defendant*