IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 4:23-cv-10080-JEM

MAUREEN HARRINGTON, as personal representative for the estate of BLAINE HARRINGTON III,

    Plaintiff,

v.

ISLAND VILLA RENTAL PROPERTIES INCORPORATED,

    Defendant.

## MOTION TO RE-OPEN

Plaintiff Maureen Harrington, as personal representative for the Estate of Blaine Harrington III ("Plaintiff"), respectfully moves the Court to re-open this case, and states as follows:

1. On February 8, 2024, defendant Island Villa Rental Properties Incorporated ("Defendant") filed an expedited Motion to Stay the Proceedings ("Motion to Stay Proceedings"). See D.E. 24.

2. On February 22, 2024, Plaintiff filed her Memorandum in Opposition to Defendant's Motion to Stay Proceedings. See D.E. 28.

3. On February 23, 2024, Defendant filed its Reply in Support of its Motion to Stay Proceedings. See D.E. 34.

4. In Plaintiff's Memorandum in Opposition to Defendant's Motion to Stay Proceedings, she noted "Defendant's counsel has filed substantially the same Expedited Motion to Stay in two other cases (Affordable Aerial Photography, Inc. v. Sync RFID Inc., 2:23-cv-14379-KMM and Science Photo Library Limited v. Bell Performance, Inc., 6:23-cv-02302-PGB-LHP)."

[D.E. 28 and 30]. Additionally, Plaintiff respectfully suggested that "for the purposes of judicial economy, this Court defer ruling on this Motion until the court in Sync RFID (which has already been fully briefed) decides on Sync RFID's motion to stay to avoid inconsistent results." [Id.]. Counsel for Plaintiff and counsel for Defendant both serve as counsel in this matter and in those two cases.

5. Given that both Judge Moore in Sync RFID and Judge Byron in Science Photo Library Limited both granted Defendant's Motion to Stay Proceedings in their respective cases, the parties in this matter ultimately filed a stipulation regarding Defendant's Motion to Stay Proceedings on March 7, 2024, agreeing to stay these proceedings. See D.E. 37.

6. On March 15, 2024, the Court entered an Order Staying the Case pending the Supreme Court's opinion in Warner Chappell Music, Inc. v. Nealy, and directed the parties to file a joint status report within seven (7) days of the issuance of an opinion in Warner Chappell. See D.E. 38.

7. The Supreme Court issued its opinion in Warner Chappell on May 9, 2024. Accordingly, on May 16, 2024, the parties filed their respective positions on this matter in a joint status report. See D.E. 39-1.

8. On May 20, 2024, the Court entered a paperless Order directing that the case would remain in place pending the Eleventh Circuit's decision in Affordable Aerial Photography, Inc. v. Property Matters USA, LLC, No. 23-12563 (11th Cir. 2024). See D.E. 40.

9. On August 2, 2024, Plaintiff filed a Notice of Filing Opinion in Property Matters and Order in Science Photo Library Limited v. Bell Performance [D.E. 41]. In her Notice, Plaintiff informed the Court that Property Matters had been decided. Id. Additionally, Plaintiff noted that Judge Byron issued his Order denying a substantially identical motion for judgment on the

pleadings that Defendant's attorney, Griffin Klema, filed for his client in <u>Science Photo Library Limited</u>.

11. Subsequently, Defendant filed a response to Plaintiff's Notice of Filing. <u>See</u> D.E. 42.

11. Both the Supreme Court decision and the Eleventh Circuit decision, that predicated the stay in this matter, have both been decided. Neither decision supports dismissal or any further stay of this matter.

12. As a result, Plaintiff requests that the Court enter an Order re-opening this lawsuit.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order granting this Motion and for such further relief as the Court deems proper.

## LOCAL RULE 7.1(a)(3) CERTIFICATE

Before filing this Motion, undersigned counsel conferred with counsel for Defendant with respect to the relief requested. Mr. Klema has indicated that the requested relief is opposed.

Dated: December 17, 2024.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
lauren@copycatlegal.com

*Attorneys for Plaintiff*

By: /s/ Daniel DeSouza._____
    Daniel DeSouza, Esq.
    Florida Bar No.: 19291
    Lauren Hausman, Esq.
    Florida Bar No.: 1035947

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza

Daniel DeSouza, Esq.