IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 4:23-cv-10080-JEM

MAUREEN HARRINGTON, as personal
representative for the estate of BLAINE
HARRINGTON III,

      Plaintiff,

v.

ISLAND VILLA RENTAL PROPERTIES
INCORPORATED,

      Defendant.

---

## [PROPOSED] ORDER ON MOTION TO RE-OPEN

**THIS CAUSE** is before the Court upon plaintiff Maureen Harrington, as personal representative for the Estate of Blaine Harrington III's ("Plaintiff") Motion to Re-open the above-captioned lawsuit (the "Motion") against defendant Island Villa Rental Properties Incorporated ("Defendant") [D.E. __].  Being fully advised, it is

ORDERED AND ADJUDGED as follows:

1.     The Motion is **GRANTED**.

2.     The Clerk is directed to re-open the above-captioned lawsuit.

     **SO ORDERED.**

Date: _____, 2024.        _____

                                   JOSE E. MARTINEZ
                                   UNITED STATES DISTRICT JUDGE