UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 4:23-cv-10080-JEM**

MAUREEN HARRINGTON,
as personal representative for the
Estate of BLAINE HARRINGTON III,

    Plaintiff,

v.

Island Villa Rental Properties Inc.,

    Defendant.

---

**SUPPLEMENTAL CERTIFICATE OF CONFERRAL FOR
DEFENDANT'S MOTION TO MAINTAIN STAY, DE 46**

Defendant, Island Villa Rental Properties Incorporated, as the movant in its motion to maintain the stay in this case pending a ruling on its motion for judgment on the pleadings, DE 46, hereby certifies pursuant to Local Rule 7.1(a)(3) that its counsel conferred with counsel for plaintiff Maureen Harrington in a good faith effort to resolve the issues raised in the motion. Harrington opposes the Court ruling on Island Villa's motion before the stay is lifted. The undersigned counsel inadvertently omitted this certification from the body of the motion itself, and hereby supplements it with the required certification.

                                                                                                 /s/ Griffin Klema
                                                                       Griffin C. Klema, Esq.
                                                                       Fla. Bar No. 100279
                                                                       Griffin@KlemaLaw.com
                                                                       **Klema Law, P.L.**
                                                                       PO Box 172381
                                                                       Tampa, FL 33672
                                                                       420 W. Kennedy Boulevard
                                                                       Tampa, FL 33606
                                                                       Telephone: 202-713-5292
                                                                       *Attorney for Defendant*