UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-10080-CIV-MARTINEZ

MAUREEN HARRINGTON, AS PERSONAL
REPRESENTATIVE FOR THE ESTATE OF
BLAINE HARRINGTON III,

    Plaintiff,

v.

ISLAND VILLA RENTAL PROPERTIES INC.,

    Defendant.
_____/

## ORDER LIFTING STAY AND REOPENING CASE

**THIS CAUSE** is before the Court on Plaintiffs' Motion to Lift Stay and Re-Open Case, (ECF No. 43). Having reviewed the record and Motion and being otherwise fully advised as to the premises, it is

**ORDERED AND ADJUDGED** that

1. Plaintiffs' Motion, (ECF No. 43), is **GRANTED**.
2. The Clerk is **DIRECTED** to **LIFT** the stay and **REOPEN** this case.
3. **The parties are DIRECTED** to prepare and file an amended joint scheduling report on or before **January 31, 2025**.
4. The Court will separately enter a scheduling order in this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _6_ day of January 2025.

                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record