UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 4:23-cv-10080-JEM**

MAUREEN HARRINGTON,
as personal representative for the
Estate of BLAINE HARRINGTON III,

    Plaintiff,

v.

Island Villa Rental Properties Inc.,

    Defendant.

## NOTICE OF FILING PROPOSED ORDER

Defendant, Island Villa Rental Properties Incorporated, pursuant to the Court's order, DE 7, submits a proposed order granting its motion to certify the statute of limitations question to the Eleventh Circuit. The proposed order is also being submitted by email to martinez@flsd.uscourts.gov in Word format.

    /s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Attorney for Defendant*