IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 4:23-cv-10080-JEM

MAUREEN HARRINGTON, as personal representative for the estate of BLAINE HARRINGTON III,

    Plaintiff,

v.

ISLAND VILLA RENTAL PROPERTIES INCORPORATED,

    Defendant.

_____

**[PROPOSED] ORDER ON MOTION FOR**
**EXTENSION OF TIME TO FILE DISCOVERY MOTIONS**

**THIS CAUSE** is before the Court upon plaintiff Maureen Harrington, as personal representative for the Estate of Blaine Harrington III's ("Plaintiff") Motion for an extension of time to file discovery motions [D.E. __]. Being fully advised, it is

ORDERED AND ADJUDGED as follows:

1.    The Motion is **GRANTED**.

2.    Plaintiff shall have an additional twenty-eight (28) days, up to and including June 27, 2025, to file discovery motions regarding Plaintiff's First Set of Interrogatories, Plaintiff's First Request for Admissions, and Plaintiff's First Request for Production.

    **SO ORDERED.**

Date: _____, 2025.          _____
                                                EDUARDO I. SANCHEZ
                                                UNITED STATES DISTRICT JUDGE