IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 4:23-cv-10080-JEM

MAUREEN HARRINGTON, as personal
representative for the estate of BLAINE
HARRINGTON III,

     Plaintiff,

v.

ISLAND VILLA RENTAL PROPERTIES
INCORPORATED,

     Defendant.

---

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO COMPEL DISCOVERY RESPONSES**

**THIS CAUSE** is before the Court upon plaintiff Maureen Harrington, as personal

representative for the Estate of Blaine Harrington III's ("Plaintiff") Motion to Compel Discovery

Responses [D.E. __].  Being fully advised, it is

ORDERED AND ADJUDGED as follows:

1.      The Motion is **GRANTED**.

2.      Defendant shall respond to Plaintiff's First Set Interrogatories 3–7, 18–24.

3.      Defendant shall respond to Plaintiff's First Request for Production 3, 15–18, 21–

22.

4.      Defendant shall respond to Plaintiff's First Request for Admissions 2–3, 19–20,

22–27.

5.      Plaintiff is entitled to an award of attorneys' fees/costs and is hereby directed to file

an affidavit/declaration setting forth the amount of such fees/costs.

**SO ORDERED.**

Date: _____, 2025.

                                               _____
EDUARDO I. SANCHEZ
UNITED STATES DISTRICT JUDGE