IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 4:23-cv-10080-JEM

MAUREEN HARRINGTON, as personal
representative for the estate of BLAINE
HARRINGTON III,

     Plaintiff,

v.

ISLAND VILLA RENTAL PROPERTIES
INCORPORATED,

     Defendant.

_____

## <u>NOTICE OF COMPLETION OF BRIEFING</u>

Plaintiff Maureen Harrington, as personal representative for the Estate of Blaine Harrington III ("<u>Plaintiff</u>"), hereby notifies the Court that the window for briefing on Plaintiff's Motion to Compel (the "<u>Motion</u>") has closed and the following documents have been filed:

1.     On February 6, 2025, Judge Martinez entered an Amended Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge (the "<u>Order</u>"). <u>See</u> D.E. 57.

2.     In the Order, Judge Martinez notes that "[p]ursuant to 28 U.S.C. § 636, all discovery motions and all motions that relate directly to these motions, such as motions for extension of time, motions for reconsideration, motions for sanctions, and motions for mental or physical examinations, are referred to **United States Magistrate Judge Eduardo Sanchez** to take all appropriate action." <u>See</u> Order, p. 9, ¶ 10.

3.     In accord with Judge Martinez's Order, the Motion was to be filed with Judge Sanchez. <u>See</u> D.E. 64.

4.      Judge Sanchez's Discovery Procedures (the "Discovery Procedures") direct parties to speak with one another and make a concerted, good faith effort to arrive at a mutually acceptable resolution. See Discovery Procedures, p. 1, ¶ A.

5.      On June 13, 2025, counsel for Plaintiff and defendant Island Villa Rental Properties Incorporated ("Defendant") conducted a meet and confer (for approximately an hour) to try and resolve the discovery disputes amongst themselves.

6.      The Discovery Procedures further instruct that "[i]f the parties are unable to resolve their discovery disputes without court intervention, the movant shall file a discovery motion.  All discovery motions shall be no longer than five (5) pages.  The purpose of the motion is merely to frame the specific discovery issues and succinctly explain the dispute.  The moving party MUST attach as exhibits any materials relevant to the discovery dispute (e.g., the pertinent discovery requests and responses thereto), and shall describe those attachments in accordance with Section 3L(2) of the Court's CM/ECF procedures.  The motion must also cite to the best supporting legal authority.  ***The opposing party must file a response to the motion, no longer than five (5) pages, within five (5) business days of service of the discovery motion***.  No reply shall be permitted.  If the Court determines that a discovery hearing on the motion is necessary, the Court will then enter an order setting the matter for a hearing." Id., at p. 2, ¶ B.[1]

7.      On June 13, 2025, Plaintiff filed her five-page Motion in compliance with Judge Sanchez's Discovery Procedures. See D.E. 64.

8.      Defendant's response to the Motion was due June 20, 2025. See id., at p. 2, ¶ B.

9.      To date, Defendant has not filed an opposition, nor inquired with undersigned counsel regarding any extension. Notably, Defendant served its first set of discovery on Plaintiff

---

[1]      Emphasis added.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

on June 23, 2025. While it is unclear why Defendant opposed Plaintiff's Motion but failed to file an opposition, Defendant's window to file an opposition has nonetheless passed without reason. As Plaintiff has complied with both Judge Martinez's Order and Judge Sanchez's Discovery Procedures, the Court should not take an untimely opposition into consideration.

Briefing is complete and Plaintiff respectfully requests that the Court, in its discretion, rule on the Motion.

Dated: June 24, 2025.                     COPYCAT LEGAL PLLC
                                          3111 N. University Drive
                                          Suite 301
                                          Coral Springs, FL 33065
                                          Telephone: (877) 437-6228
                                          dan@copycatlegal.com
                                          lauren@copycatlegal.com

                                          By: /s/ Daniel DeSouza
                                               Daniel DeSouza, Esq.
                                               Florida Bar No.:  19291
                                               Lauren Hausman, Esq.
                                               Florida Bar No.: 1035947

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 24, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza
Daniel DeSouza, Esq.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228