IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 4:23-cv-10080-JEM

MAUREEN HARRINGTON, as personal representative for the estate of BLAINE HARRINGTON III,

    Plaintiff,

v.

ISLAND VILLA RENTAL PROPERTIES INCORPORATED,

    Defendant.

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiff Maureen Harrington, as personal representative for the Estate of Blaine Harrington III ("Plaintiff") and defendant Island Villa Rental Properties Incorporated's ("Island Villa") (collectively, the "Parties") hereby file this joint motion to stay the proceedings (the "Motion"), and state as follows:

1. On June 13, 2025, Plaintiff filed a Motion to Compel Discovery Responses [D.E. 64], and then filed a Notice of Completion of Briefing, [D.E. 65]. That discovery issue remains pending before the Court.

2. On June 23, 2025, Island Villa served discovery on Plaintiff, and Plaintiff's responses to Island Villa's discovery are due July 23, 2025.

3. On June 26, 2025, the Parties reached a settlement in principle, and are working to finalize a confidential settlement agreement, which involves addressing matters respecting the Estate of Blaine Harrington, III, and therefore are needing additional time to ensure the settlement meets the Parties' expectations.

4. Pursuant to the current scheduling order, [D.E. 57], the deadline for discovery completion is August 29, 2025.

5. In light of the approaching discovery deadline , as well as the pending discovery matters, the Parties jointly wish to conserve judicial and party resources, they request that the case be stayed for ninety (90) days pending the finalization of a confidential settlement agreement. To the extent this matter is not amicably resolved (which the Parties do not anticipate), they would then request that they be allowed to move to lift the stay, with the understanding that the existing deadlines would simply be tolled during the pendency of the stay, and not otherwise extended.

6. This Motion is made in good faith and will not prejudice either party.

**WHEREFORE**, the Parties respectfully request that the Court enter an Order: (a) granting this Motion; (b) staying the case for ninety (90) days; (c) holding all existing deadlines in abeyance pending settlement; (d) permitting the Parties to move to reopen the case or extend the stay if settlement terms cannot be finalized, with corresponding resumption of the existing time left for discovery, and Plaintiff's responses to Island Villa's discovery requests will be due seven (7) days from the date the stay is lifted; and (e) for such further relief as the Court deems proper.

Dated: July 18, 2025.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
lauren@copycatlegal.com

*Attorneys for Plaintiff*

By: /s/ Daniel DeSouza
    Daniel DeSouza, Esq.
    Florida Bar No.: 19291

KLEMA LAW, P.L.
PO Box 172381
Tampa, FL 33672
(202) 713-5292
griffin@klemalaw.com

*Attorney for Defendant*

By: /s/ Griffin C. Klema
    Griffin C. Klema, Esq.

Lauren Hausman, Esq.
Florida Bar No.: 1035947