IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 4:23-cv-10080-JEM

MAUREEN HARRINGTON, as personal representative for the estate of BLAINE HARRINGTON III,

    Plaintiff,

v.

ISLAND VILLA RENTAL PROPERTIES INCORPORATED,

    Defendant.

## [PROPOSED] ORDER ON JOINT MOTION TO STAY

**THIS CAUSE** came before the Court on Plaintiff Maureen Harrington, as personal representative for the estate of Blaine Harrington III ("Plaintiff") and defendant Island Villa Rental Properties Incorporated's ("Island Villa") Joint Motion to Stay Proceedings [D.E. __], filed on July ___, 2025.  Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion **[D.E. __] is GRANTED.**

2. The Proceedings will be STAYED for ninety (90) days.

3. The Parties may move to reopen the case or extend the stay.

**DONE AND ORDERED** in Chambers at Key West, Florida this ___ day of _____, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE