UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number: 23-10080-CIV-MARTINEZ

MAUREEN HARRINGTON, AS PERSONAL
REPRESENTATIVE FOR THE ESTATE OF
BLAINE HARRINGTON III,

    Plaintiff,

v.

ISLAND VILLA RENTAL PROPERTIES INC.,

    Defendant.
_____/

## ORDER GRANTING JOINT MOTION TO STAY CASE

**THIS CAUSE** came before this Court on the parties' Joint Motion to Stay (the "Motion"), (ECF No. 66). This Court has reviewed the Motion, pertinent portions of the record, and applicable law and is otherwise fully advised in the premises. After careful consideration, it is

**ORDERED AND ADJUDGED** that:

1. The Motion, (ECF No. 66), is **GRANTED**.
2. This case is **STAYED** until October 20, 2025.
3. The Parties **SHALL** file a *joint* status report on or before **October 20, 2025**, that informs this Court about the status of this case and whether the stay should be lifted and if the pending deadlines should be extended.
4. If the Parties are not ready to proceed by October 20, 2025, they **SHALL** thereafter file a *joint* status report every **thirty (30) days** indicating whether they are ready to proceed.
5. The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the Parties' substantive rights.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22 day of July 2025.

                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record