IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 4:23-cv-10080-JEM

MAUREEN HARRINGTON, as personal representative for the estate of BLAINE HARRINGTON III,

    Plaintiff,

v.

ISLAND VILLA RENTAL PROPERTIES INCORPORATED,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Maureen Harrington, as personal representative for the estate of Blaine Harrington III ("Plaintiff") and defendant Island Villa Rental Properties Incorporated ("Defendant") (each a "Party" and collectively, the "Parties"), being all parties who entered an appearance in this lawsuit, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein by virtue of any pleading entered or filed in this proceeding, with prejudice, and with each party to bear the cost of their own attorneys' fees and costs incurred in this lawsuit. The Parties have entered into a confidential settlement agreement that fully resolves this lawsuit.

Dated: September 4, 2025.

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065 | KLEMA LAW, P.L.<br>PO Box 172381<br>Tampa, FL 33672<br>420 W. Kennedy Boulevard<br>Tampa, FL 33606 |

| | |
|---|---|
| Telephone: (877) 437-6228<br>lauren@copycatlegal.com<br><br>Attorney for Plaintiff<br><br>By: /s/ Lauren Hausman<br>    Lauren Hausman, Esq.<br>    Florida Bar No.: 1035947 | Telephone: (202) 713-5292<br>griffin@klemalaw.com<br>*Attorney for Defendant*<br><br>By: /s/ Griffin Klema<br>    Griffin C. Klema, Esq.<br>    Florida Bar No.: 100279 |