UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number: 23-10080-CIV-MARTINEZ

MAUREEN HARRINGTON, AS PERSONAL
REPRESENTATIVE FOR THE ESTATE OF
BLAINE HARRINGTON III,

    Plaintiff,

v.

ISLAND VILLA RENTAL PROPERTIES INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice, (ECF No. 69). It is hereby:

**ORDERED and ADJUDGED** that this action is **DISMISSED with prejudice**. This case is **CLOSED**, and all pending motions are **DENIED as moot**. Each party shall bear their own attorneys' fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 5 day of September, 2025.

                                                                         JOSE E. MARTINEZ
                                                                         UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record